UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ACCESS FOR THE DISABLED, INC.
And JOHNNY LONG,

      Plaintiff,

v.                            CASE NO.  8:04-CV-841-T-17TGW

CHINA CITY RESTAURANT,
INC., and MAR F. MOON,

      Defendant.

_____/

ORDER

This cause is before the Court on;

Dkt. 27 Application for Attorney's and Expert Fees,
      Litigation Expenses and Costs
Dkt. 32 Response
Dkt. 36 Reply
Dkt. 37 Objection

In this ADA case, Plaintiff is seeking the award of $8,033.00 in attorney's fees ($870. and $7,163.00), $1,942.50 for expert fees and costs, and $253.19 for litigation expenses and costs.

Defendant opposes the award of any fees and costs in this case because this case is part of the "cottage industry" that has arisen as to ADA compliance, and there was no pre-suit attempt to obtain voluntary compliance. See Macort v. Checker Drive-In Restaurants, Inc., 2005 WL 332422 (M.D. Fla. 2005).

Case No. 8:04-CV-841-T-17TGW

The Court is not aware of any special circumstance that would preclude the award of attorney's fees to the prevailing party in this case. The Court notes the disputed recollection of pre-suit notice. Although the Court abhors the "cottage industry" that continues to flourish, the Court recognizes that the real solution is a legislative solution. The fact is that every entity that is required to comply with the ADA has the same opportunity to comply, and in some cases, compliance is brought about by a case such as this case.

The Court finds that the hourly rate of $250.00 is reasonable, and the number of hours, 24.7, is reasonable.

After consideration, the Court **grants** the Application for Attorney's Fees, Expert Fees and Costs, and Litigation Costs as follows:

| | |
|---|---|
| Whitelock & Associates, P.A. | 870.00 (Fees) |
| Todd W. Shulby, P.A. (24.7 x 250.) | 6,175.00 (Fees) |
| | 253.19 (Costs) |

Accessibility Disability Consultants, Inc. 1,942.50 (Expert)

The Clerk of Court shall enter judgment for Plaintiffs in the above amounts, for which let execution issue.

Case No. 8:04-CV-841-T-17TGW

DONE and ORDERED in Chambers, in Tampa, Florida on this 30th day of MAY, 2006.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record